UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-14906 |
| Kemara McKenzie | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

2. Debtor's Chapter 13 Trustee Plan payments are decreased to $200.00 per month for the remainder of the plan.

3. That the confirmed Chapter 13 Plan shall run an additional 24 months to a total term of 84 months.

4. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 23, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625